UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0162--CV (JKS)
"PROVIDENCE WASHINGTON INS CO V MARKEL INTL"

Including terminated parties, excluding terminated counsel

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 07/11/05
Closed: NO

Jurisdiction: (4) Diversity (see citizenship of parties)
PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

Nature of Suit: (110) Insurance
ALLOCATION OF INS INDEMNITY PAYMENTS
Origin: (2) Removed from State Court
Demand: 75
Filing fee: Paid $250.00 on 07/11/05 receipt # 00126117
Trial by: Court

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | PROVIDENCE WASHINGTON INSURANCE CO | Richard L. Waller<br>Brown Waller et al<br>821 N Street, Suite 202<br>Anchorage, AK 99501<br>907-276-2050<br>FAX 907-276-2051 |
| DEF 1.1 | MARKEL INTERNATIONAL INSURANCE CO LTD | Katie Matison<br>Lane Powell et al<br>1420 5th Avenue, Suite 4100<br>Seattle, WA 98101-2338 |
| | | Andrea E. Girolamo-Welp<br>Lane Powell et al<br>301 W. Northern Lts., Ste 301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |
| DEF 2.1 | ROYAL INDEMNITY CO | Frank A. Pfiffner<br>Hughes Bauman et al<br>3900 "C" Street, Suite 1001<br>Anchorage, AK 99503-5931<br>907-274-7522<br>FAX 907-263-8320 |
| | | Mark N. Thorsrud<br>Thorsrud Cane & Paulich, Inc.<br>1300 Puget Sound Plaza<br>1325 Fourth Avenue<br>Seattle, WA 98101<br>206-386-7755<br>FAX 208-386-7795 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0162--CV (JKS)
"PROVIDENCE WASHINGTON INS CO V MARKEL INTL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 3.1 | U.S. FIDELITY & GUARANTY CO | Alfred T. Clayton Jr<br>Bliss Wilkens et al<br>500 L Street, Suite 200<br>Anchorage, AK 99501<br>907-276-2999<br>FAX 907-276-2956 |
| DEF 4.1 | INDUSTRIAL INDEMNITY CO | Clay A. Young<br>Delaney Wiles et al<br>1007 W. 3rd Avenue, Suite 400<br>Anchorage, AK 99501<br>907-279-3581<br>FAX 907-277-1331 |
| DEF 5.1 | ALL WEST INSURANCE CO | Clay A. Young<br>(see above) |
| DEF 6.1 | UNITED STATES FIRE INSURANCE CO | Clay A. Young<br>(see above) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0162--CV (JKS)
"PROVIDENCE WASHINGTON INS CO V MARKEL INTL"

For all filing dates

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 07/11/05
Closed: NO

Jurisdiction: (4) Diversity (see citizenship of parties)
PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

Nature of Suit: (110) Insurance
ALLOCATION OF INS INDEMNITY PAYMENTS
Origin: (2) Removed from State Court
Demand: 75
Filing fee: Paid $250.00 on 07/11/05 receipt # 00126117
Trial by: Court

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/11/05 | DEF 2 Notice of Removal from Superior Court 3AN-05-8317 w/att exhs. |
| 2 - 1 | 07/11/05 | DEF 2 Disclosure statement. |
| 3 - 1 | 07/11/05 | DEF 1 joinder in notice of removal of action w/att declaration & exhs. |
| 4 - 1 | 07/11/05 | DEF 1 Disclosure statement. |
| 5 - 1 | 07/11/05 | DEF 3 joinder in motion of removal action w/att exhs. |
| 6 - 1 | 07/11/05 | DEF 3 Disclosure statement. |
| 7 - 1 | 07/11/05 | DEF 3 Attorney Appearance of A. Clayton Jr. |
| 8 - 1 | 07/14/05 | DEF 4-6 joinder in notice of removal. |
| 9 - 1 | 07/14/05 | DEF 4-6 Attorney Appearance of C. Young. |
| 10 - 1 | 07/21/05 | JKS Minute Order To Petitioner Subsequent to Removal. Petitioner to file w/i 10 days copies of state court docs and svc list. cc: cnsl |
| 11 - 1 | 07/21/05 | DEF 3 Answer and Counterclaim. |
| 12 - 1 | 08/01/05 | DEF 2 Notice of compliance w/att exhs. |
| 13 - 1 | 08/01/05 | DEF 2 Service List. |
| 14 - 1 | 08/05/05 | PLF 1 motion to remand to state court w/att memo. |
| 15 - 1 | 08/10/05 | DEF 2 Answer to First Amended Complaint w/att exh. |
| 16 - 1 | 08/11/05 | DEF 1 (limited) Unopposed motion for ext of time to file response to mot to remand & answer to complaint. |
| 16 - 2 | 08/16/05 | JKS Order granting DEF 1 (limited) unopposed motion for ext of time to 9/6/05 to file response to mot to remand & answer to the complaint (16-1). cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0162--CV (JKS)
"PROVIDENCE WASHINGTON INS CO V MARKEL INTL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 08/23/05 | DEF 3 joinder in DEF 2 oppo to PLF 1 motion to remand to state court. (14-1) |
| 18 - 1 | 08/23/05 | DEF 2 memo in opposition to PLF 1 motion to remand to state court (14-1). |
| 19 - 1 | 08/29/05 | DEF 4-6 joinder to DEF 2's oppo to PLF 1 motion to remand to state court (14-1). |
| 20 - 1 | 09/06/05 | DEF 1 limited supplemental memo in opposition to PLF 1 motion to remand to state court (14-1) w/att exhs. |
| 21 - 1 | 09/06/05 | DEF 1 Answer and Counterclaim w/att exhs. |
| 22 - 1 | 09/08/05 | PLF 1; DEF 1 Stipulation for ext of time to 9/20/05 to file reply. |
| 22 - 2 | 09/12/05 | JKS Order granting stipulation for ext of time to 9/20/05 to file reply to mot for remand (22-1). cnsl |
| 23 - 1 | 09/15/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 24 - 1 | 09/20/05 | PLF 1 reply to opposition to PLF 1 motion to remand to state court (14-1). |
| 25 - 1 | 09/28/05 | PLF 1 Answer to Counterclaim of DEF 1. |
| 26 - 1 | 09/28/05 | PLF 1 Answer to Counterclaim of DEF 3. |
| 27 - 1 | 10/04/05 | JKS Order denying motion to remand to state court (14-1). cc: cnsl |
| 28 - 1 | 10/11/05 | DEF 2 motion & app of non-resident atty Mark Thorsrud for permission to appear & participate w/att exhs. |
| 29 - 1 | 10/11/05 | PLF 1 Disclosure Statement. |
| 30 - 1 | 10/13/05 | JKS Minute Order granting motion & app of non-resident atty Mark Thorsrud for permission to appear & participate (28-1). cc: cnsl |
| 31 - 1 | 10/13/05 | PLF 1; DEF 1-2; 4-5 Scheduling & Planning Conference Report. |
| 32 - 1 | 10/13/05 | DEF 3 motion for leave until 10/17 to respond to planning report issues. |
| 32 - 2 | 10/17/05 | JWS Order granting motion for leave until 10/17 to respond to planning report issues (32-1). cc: cnsl |
| 33 - 1 | 10/17/05 | DEF 3 Supplement re: planning report. |
| 34 - 1 | 10/20/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 08/14/06; Dispositive motions deadline 09/16/06; Estimate of trial 10 days; TBC. cc: cnsl |
| 35 - 1 | 11/14/05 | DEF 1 Preliminary Witness List/ |
| 36 - 1 | 11/14/05 | DEF 2 Preliminary Witness List. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0162--CV (JKS)
"PROVIDENCE WASHINGTON INS CO V MARKEL INTL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 37 - 1 | 11/16/05 | DEF 3 Preliminary Witness List. |
| 38 - 1 | 11/21/05 | DEF 1 Application re: non-resident attorney Katie Belinda Smith Matison to participate w/local cnsl. |
| 38 - 2 | 11/29/05 | JKS Order granted motion for non-resident atty Katie Belinda Smith Matison to participate w/local cnsl. cc: cnsl |