FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 23 PM 4:01

Thomas P. Amodio
ASBA No. 8511142
AMODIO STANLEY & REEVES LLC
500 L Street, Suite 300
Anchorage, Alaska 99501
Telephone:   907-222-7100
Facsimile:   907-222-7199

Attorneys for Intervenor Denali Fuel Company, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY, and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY, <br><br> Defendants. | Case No. A05-162 CV (JKS) <br><br> **DENALI FUEL'S MOTION FOR LEAVE TO FILE JOINDER IN MARKEL INTERNATIONAL'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |

COMES NOW Intervenor Denali Fuel Company, Inc., ("Denali"), by and through its counsel, and hereby moves this Court for leave for Denali to file its Joinder in Defendant Markel International's Opposition to Partial Dismissal of Markel's Counterclaim. Denali filed its motion to intervene on December 5, 2005. Denali is filing its Joinder in Markel's Opposition contemporaneously with this Motion for Leave of Court.

-1-

MOTION LEAVE
CASE NO. A05-162 CV (JKS)

DATED this 23rd day of December, 2005 at Anchorage, Alaska.

                                                AMODIO STANLEY & REEVES LLC
                                                Attorneys for Intervenor DENALI FUEL
                                                COMPANY, INC.

By: _____
     Thomas P. Amodio
     Alaska Bar No. 8511142

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of December 2005, a true and accurate copy of the foregoing document was mailed to:

Richard Waller
Brown, Waller & Gibbs
821 N Street, Suite 103
Anchorage, Alaska 99501

Frank Pfiffner
Hughes Bauman Pfiffner Gorski Seedorf
3900 C Street, Suite 1001
Anchorage, Alaska 99503-5931

Alfred T. Clayton
Bliss Wilkens & Clayton
500 L Street, Suite 200
Anchorage, Alaska 99501

Clay Young
Delaney, Wiles, Hayes Gerety, Ellis & Young
1007 West Third Avenue, Suite 400
Anchorage, Alaska 99501

Andrea Girolamo-Welp
Lane Powell LLC
301 W. Northern Lights Boulevard
Suite 301
Anchorage, Alaska 99503

By _____

AMODIO STANLEY & REEVES LLC
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

-2-

MOTION LEAVE
CASE NO. A05-162 CV (JKS)