Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
GirolamoA@LanePowell.com

Attorneys for Markel International Limited

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No. A05-162 CV (TMB)<br><br><br><br><br><br><br><br><br><br>**DEFENDANT MARKEL'S REQUEST FOR LEAVE TO AMEND COUNTERCLAIM AND MEMORANDUM IN SUPPORT** |

  COMES NOW Markel International Limited ("Markel"), by and through its counsel of record, Lane Powell LLC, and requests leave to amend its Counterclaim pursuant to Federal Rule of Civil Procedure 15(a). The Memorandum in Support follows.

### Memorandum in Support

  Markel filed its Answer, Affirmative Defenses and Counterclaim to Providence Washington's Complaint on September 6, 2005. The Counterclaim contained four counts against Providence Washington. Providence Washington, Markel, Royal and Industrial Indemnity agreed to equally share the defense costs arising out of the deposition of Butch Peters, an employee of Denali

Fuel Company, Inc. Plaintiff, Providence Washington, failed to pay its share of defense costs to counsel for the insured, Denali Fuel Company, Inc. dba Alaska Mechanical Maintenance, Inc. ("Denali/AMM"). Markel was compelled to satisfy Providence Washington's obligation to prevent Denali/AMM from suffering prejudice. Accordingly, Markel has a cause of action for contribution against Providence Washington.

Both Rule 15(a) and federal jurisprudence provide that leave to amend should be freely given. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Gabrielson v. Montgomery Ward & Co.*, 785 F.2d 762, 765 (9th Cir.1986). Here, where the facts and circumstances giving rise to Markel's contribution claim did not exist at the time that Markel pled its original counterclaim, Markel has a compelling reason to be allowed to amend its Counterclaim. Furthermore, as the facts and circumstances that form the basis of the contribution claim are inextricably linked with Providence Washington's original Complaint and Markel's original Counterclaim, it is appropriate for Markel's Counterclaim to be amended to include the contribution counterclaim.

Therefore, based on the foregoing, Markel respectfully requests that this Court grant it leave to amend its Counterclaim to include its claim for contribution against Providence Washington.

DATED this 20th day of March, 2006.

> LANE POWELL LLC
> Attorneys for Defendant Markel International Limited, successor in interest to Terra Nova
>
> By  /s/ Andrea E. Girolamo-Welp
> Andrea E. Girolamo-Welp
> 301 West Northern Lights Blvd., Suite 301
> Anchorage, Alaska 99503-2648
> Telephone: 907-277-9511
> Facsimile: 907-276-2631
> GirolamoA@LanePowell.com
> ASBA No. 0211044

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

I certify that on March 20, 2006, a copy
of the foregoing was served electronically on:

Richard Waller, Esq.
Brown, Waller & Gibbs
821 N Street, Ste 103
Anchorage, AK 99501

Andrew Moses, Esq.
Tom Gordon, Esq.
Gordon & Polscer LLC
9755 SW Barnes Rd., Ste. 650
Portland OR 97225

Frank Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski Seedorf
3900 C St., Ste. 1001
Anchorage, AK 99503-5931

Mark Thorsrud, Thorsrud
Cane & Paulich
1325 4th Ave., Ste., 1300
Seattle, WA 98101

Clay Young, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W 3rd Ave, Ste 400
Anchorage, AK 99501

Alfred Clayton, Jr., Esq.
Bliss Wilkens & Clayton, Jr.
500 L Street, Suite 200
Anchorage, AK 99501

/s/ Andrea E. Girolamo-Welp
052738.0001/154257.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631