Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
GirolamoA@LanePowell.com
Attorneys for Markel International Limited

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>v.<br><br>MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY,<br><br>              Defendants. | Case No. A05-162 CV (TMB)<br><br><br><br><br>[PROPOSED]<br>ORDER RE:  DEFENDANT MARKEL'S REQUEST FOR LEAVE TO AMEND COUNTERCLAIM AND<br>MEMORANDUM IN SUPPORT |

THIS COURT, having considered Defendant Markel's Request For Leave to Amend Counterclaim and Memorandum In Support, as well as any responses thereto; it is hereby

ORDERED that Defendant Markel's Request For Leave To Amend Counterclaim is hereby GRANTED.  Defendant Markel shall file the Amended Counterclaim upon receipt of this Order.

DATED: March ___, 2006.

_____
The Honorable Timothy M. Burgess

I certify that on March 20, 2006, a copy of the foregoing was served electronically on:

Richard Waller, Esq.
Brown, Waller & Gibbs
821 N Street, Ste 103
Anchorage, AK 99501

Andrew Moses, Esq.
Tom Gordon, Esq.
Gordon & Polscer LLC
9755 SW Barnes Rd., Ste. 650
Portland OR 97225

Frank Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski Seedorf
3900 C St., Ste. 1001
Anchorage, AK 99503-5931

Mark Thorsrud, Esq.
Thorsrud, Cane & Paulich
1325 4th Ave., Ste., 1300
Seattle, WA 98101

Clay Young, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W 3rd Ave, Ste 400
Anchorage, AK 99501

Alfred Clayton, Jr., Esq.
Bliss Wilkens & Clayton, Jr.
500 L Street, Suite 200
Anchorage, AK 99501

  /s/ Andrea E. Girolamo-Welp
052738.0001/154258.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631