Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
GirolamoA@LanePowell.com

Attorneys for Markel International Limited

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendants. | Case No. 3:05-cv-00162-TMB<br><br>**AMENDED**<br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on April 5, 2006, a true and correct copy of Defendant Markel's Request for Leave to Amend Counterclaim and Memorandum in Support; [Proposed] Order Re Defendant Markel's Request for Leave to Amend Counterclaim and Memorandum in Support; and [Proposed] Defendant Markel's Amended Counterclaim were served via hand-delivery to the following:

        Mr. Richard L. Waller
        Brown, Waller & Gibbs, PC
        821 N. Street, Suite 202
        Anchorage, AK  99501-3285

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

The remaining parties were served electronically on March 20, 2006, at the time of electronic filing of the above-described documents.

DATED this 5th day of April, 2006.

                                LANE POWELL LLC
                                Attorneys for Defendant Markel International
                                Limited, successor in interest to Terra Nova

                                By /s/ Andrea E. Girolamo-Welp
                                    Andrea E. Girolamo-Welp
                                    301 W. Northern Lights Blvd., Suite 301
                                    Anchorage, Alaska 99503-2648
                                    Telephone: 907-277-9511
                                    Facsimile:  907-276-2631
                                    GirolamoA@LanePowell.com
                                    ASBA No. 0211044

I certify that on April 5, 2006, a copy
of the foregoing was served electronically on:

Thomas P. Amodio
amodt@asralaska.com

Alfred T. Clayton, Jr
atc@bwclawyers.com

Frank A. Pfiffner
fap@hbplaw.net

Mark N. Thorsrud
mthorsrud@tcplaw.com

Clay A. Young
cay@delaneywiles.com

**and by hand-delivery on:**

Richard Waller, Brown, Waller & Gibbs
821 N Street, Ste 103, Anchorage, AK 99501

/s/ Andrea E. Girolamo-Welp

052738.0001/154567.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631