Ann W. Resch, ASBA No. 7805016
BROWN, WALLER & GIBBS
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
Telephone:    (907) 276-2050
Facsimile:    (907) 276-2051
ann.resch@att.net

Attorneys for Providence Washington Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. A05-162-CV (TMB) |

**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT MARKEL'S REQUEST FOR LEAVE TO AMEND COUNTERCLAIM**

Plaintiff and defendant Markel International Limited, through Undersigned counsel, hereby stipulate that plaintiff may have until May 1, 2006 to file its Opposition to Defendant Markel's Request for Leave to Amend Counterclaim.

Dated this 24th day of April, 2006.

BROWN, WALLER & GIBBS
Attorneys for Plaintiff

By: _____
Ann W. Resch
Alaska Bar No.7805016
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
Telephone:   (907) 276-2050
Facsimile:    (907) 276-2051
ann.resch@att.net
ASBA No.7805016

By: _____
Andrea E. Girolamo-Welp
301 West Norther Lights Blvd.,
Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
GirolamoA@LanePowell.com
ASBA No. 0211044

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
chorage, Alaska 99501-3285

Pltf's Stipulation for Extension of Time
Providence Washington v. Markel International, et al.

Page 2
Case No. A05-162-CV (TMB)

I HEREBY CERTIFY that on this 24th day of April, 2006, a true and accurate copy of the foregoing was mailed to the following:

Andrew Moses
Gordon & Polscer, LLC
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225

Andrea Girolamo-Welp
Lane Powell LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski Seedorf
3900 C Street, Suite 1001
Anchorage, AK 99503

Katie Smith Matison
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Alfred T. Clayton
Bliss Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Avenue
Anchorage, AK 99501

_____
Anne M. Williams

Law Offices
BROWN, WALLER & GIBBS
Professional Corporation
21 N Street, Suite 202
orage, Alaska 99501-3285
(907) 276-2050

Pltf's Stipulation for Extension of Time
*Providence Washington v. Markel International, et al.*
Page 3
Case No. A05-162-CV (TMB)