Thomas P. Amodio
ASBA No. 8511142
AMODIO STANLEY & REEVES LLC
500 L Street, Suite 300
Anchorage, Alaska 99501
Telephone:    907-222-7100
Facsimile:    907-222-7199

Attorneys for Intervenor Denali Fuel Company, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY, | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY, and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. A05-162 CV (JKS)

## STIPULATION AND JOINT MOTION FOR STAY OF DECISION ON INTERVERNOR'S MOTION TO INTERVENE

COME NOW Intervenor Denali Fuel Company ("Denali Fuel") and Plaintiff Providence

Washington Insurance Company ("Providence Washington"), by and through counsel, and

hereby move the Court to stay any decision on Denali Fuel's Motion to Intervene in this lawsuit

for the reasons set forth below. To the best of Denali Fuel's knowledge and belief, Providence

Washington was the only party to this action that opposed Denali Fuel's Motion. Accordingly,

-1-

AMODIO STANLEY & REEVES LLC
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

Denali Fuel has not sought the agreement of the other parties for this Stipulation, in the belief that such agreement was unnecessary.

Providence Washington, all Defendants, and Denali Fuel have agreed to participate in a mediation that is presently scheduled for June 19, 2006. If the mediation is successful, Denali's Motion to Intervene will be moot, and either the case will be dismissed or Denali will withdraw its Motion. If the mediation is unsuccessful, Denali Fuel will notify the Court and re-assert its Motion to Intervene, asking the Court to rule on its Motion at that time. It is in the interests of judicial economy, therefore, to defer decision on Denali Fuel's pending Motion to Intervene until after the mediation has been completed.

For the foregoing reason, Denali Fuel and Providence Washington have agreed to this Stipulation and jointly move this Court to stay any decision on Denali's Motion to Intervene.

DATED this 1st day of May, 2006 at Anchorage, Alaska.

AMODIO STANLEY & REEVES LLC
Attorneys for Intervenor DENALI FUEL
COMPANY, INC.

By: _____
Thomas P. Amodio
Alaska Bar No. 8511142

BROWN WALLER & GIBBS PC
Attorneys for Plaintiff PROVIDENCE
WASHINGTON INSURANCE COMPANY

By: _____
Richard L. Waller
Alaska Bar No. 7805025

AMODIO STANLEY & REEVES LLC
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of
May 2006, a true and accurate copy of
the foregoing document was mailed to:

Richard Waller
Brown, Waller & Gibbs
821 N Street, Suite 103
Anchorage, Alaska 99501

Frank Pfiffner
Hughes Bauman Pfiffner Gorski Seedorf
3900 C Street, Suite 1001
Anchorage, Alaska 99503-5931

Alfred T. Clayton
Bliss Wilkens & Clayton
500 L Street, Suite 200
Anchorage, Alaska 99501

Clay Young
Delaney, Wiles, Hayes Gerety, Ellis & Young
1007 West Third Avenue, Suite 400
Anchorage, Alaska 99501

Andrea Girolamo-Welp
Lane Powell LLC
301 W. Northern Lights Boulevard
Suite 301
Anchorage, Alaska 99503

By _____

AMODIO STANLEY & REEVES LLC
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

STIPULATION TO STAY DECISION ON INTERVENTION.DOC
CASE NO. A05-162 CV (JKS)