Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
GirolamoA@LanePowell.com

Attorneys for Markel International Limited

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendants. | Case No. 3:05-cv-00162-TMB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

COME NOW the parties, by and through their respective counsel, and stipulate to extend the pretrial deadlines for 90 days. The parties have agreed to extend these deadlines to conduct mediation on June 19, 2006. Should the matter not settle in mediation, the 90-day extension of all

deadlines will allow the parties time to retain experts and provide expert reports, and meet the remaining deadlines.

|  |  |
|---|---|
| | BROWN, WALLER & GIBBS<br>Attorneys for Plaintiff |
| DATED: May 2, 2006 | By: *[signature]*<br>Richard L. Waller*<br>821 N. Street, Suite 202<br>Anchorage, Alaska 99501-3285<br>Telephone: 907-277-9511<br>Facsimile: 907-276-2631<br>ASBA No. 7805016 |
| *Andrea E. Girolamo-Welp signed on behalf of Richard Waller with Richard Waller's consent | |
| | LANE POWELL LLC<br>Attorneys for Defendant Markel International Limited, successor in interest to Terra Nova |
| DATED: May 2, 2006 | By /s/ Andrea E. Girolamo-Welp<br>Andrea E. Girolamo-Welp<br>301 W. Northern Lights Blvd., Suite 301<br>Anchorage, Alaska 99503-2648<br>Telephone: 907-277-9511<br>Facsimile: 907-276-2631<br>GirolamoA@LanePowell.com<br>ASBA No. 0211044 |
| | HUGHES, BAUMAN, PFIFFNER, GORSKI, SEEDORF, LLC<br>Attorneys for Defendant Royal Indemnity Co. |
| DATED: May 2, 2006 | By /s/ Frank A. Pfiffner (consent)<br>Frank A. Pfiffner, Esq.<br>3900 C Street, Suite 1001<br>Anchorage, Alaska 99503-5931<br>Telephone: 907-274-7522<br>Facsimile: 907-263-8320<br>fap@hbplaw.net<br>ASBA No. 7505032 |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Stipulation for Extension of Time**
*Providence Washington Insurance Co. v. Markel International, et al.*  (Case No. 3:05-cv-00162-TMB)    Page 2 of 3

<div style="float:left">**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631</div>

BLISS, WILKENS & CLAYTON
Attorneys for Defendant United States Fidelity and Guaranty Co.

DATED: May 2, 2006

By /s/ Alfred Clayton, Jr. (consent)
Alfred Clayton, Jr.
500 L Street, Suite 200
Anchorage, Alaska 99501
Telephone: 907-276-2999
Facsimile: 907-276-2956
atc@bwclawyers.com
ASBA No. 9111079

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant U.S. Fire Insurance Co.

DATED: May 2, 2006

By /s/ Clay Alex Young (consent)
Clay Alex Young, Esq.
1007 West Third Avenue, Suite 400
Anchorage, Alaska 99501
Telephone: 907-279-3581
Facsimile: 907-277-1331
CAY@delaneywiles.com
ASBA No. 7410117

I certify that on May 2, 2006, a copy of the foregoing was served electronically on:

Thomas P. Amodio, amodt@asralaska.com

Alfred T. Clayton, Jr, atc@bwclawyers.com

Frank A. Pfiffner, fap@hbplaw.net

Mark N. Thorsrud, mthorsrud@tcplaw.com

Clay A. Young, cay@delaneywiles.com

and by U.S. Mail on:

Richard Waller, Brown Waller & Gibbs
821 N Street, Ste 103
Anchorage, AK 99501

/s/ Andrea E. Girolamo-Welp

052738.0001/154930.1