Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
GirolamoA@LanePowell.com

Attorneys for Markel International Limited

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,<br><br>                                          Plaintiff,<br><br>v.<br><br>MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY,<br><br>                                          Defendants. | Case No. 3:05-cv-00162-TMB<br><br>**(PROPOSED)**<br>**<u>ORDER</u>** |

THIS COURT, having considered the Stipulation for Extension of Time, it is hereby ORDERED that the stipulation is GRANTED.  All pretrial deadlines are extended for 90 days.

ORDERED this _____ day of May, ___, 2006.

_____
The Honorable Timothy M. Burgess
Judge of the United States District Court

I certify that on May 2, 2006, a copy
of the foregoing was served electronically on:

Thomas P. Amodio, amodt@asralaska.com
Alfred T. Clayton, Jr, atc@bwclawyers.com
Frank A. Pfiffner, fap@hbplaw.net
Mark N. Thorsrud, mthorsrud@tcplaw.com
Clay A. Young, cay@delaneywiles.com

and by U.S. Mail on:  Richard Waller, Brown, Waller & Gibbs
821 N Street, Ste 103, Anchorage, AK 99501

 /s/ Andrea E. Girolamo-Welp

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631