Richard L. Waller, ASBA No. 7805025
BROWN, WALLER & GIBBS
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
Telephone:   (907) 276-2050
Facsimile:    (907) 276-2051
rlwaller@pobox.alaska.net

Attorneys for Providence Washington Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No. A05-162-CV (TMB) |

**PLAINTIFF'S NOTICE OF CORRECTION FOR ELECTRONIC FILING OF SERVICE**

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Please take note that the correct name and email address for electronic filing of service on the above- captioned case is:

> Richard L. Waller
> BROWN, WALLER & GIBBS
> 821 N Street, Suite 202
> Anchorage, AK 99501-3285
> rlwaller@pobox.alaska.net

Dated this 9th day of May, 2006.

> BROWN, WALLER & GIBBS
> Attorneys for Plaintiff
>
> By: *(signature)*
> Richard L. Waller
> Alaska Bar No.7805025
> 821 N Street, Suite 202
> Anchorage, Alaska 99501-3285
> Telephone:  (907) 276-2050
> Facsimile:   (907) 276-2051
> rlwaller@pobox.alaska.net
> ASBA No.7805025

I HEREBY CERTIFY that on this 10th [9th struck through] day of May, 2006, a true and accurate copy of the foregoing was mailed to the following:

Andrew Moses
Gordon & Polscer, LLC
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225

Andrea Girolamo-Welp
Lane Powell LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Notice of Correction for Electronic Filing of Service
*Providence Washington v. Markel International, et al.*

Page 2
Case No. A05-162-CV (TMB)

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski Seedorf
3900 C Street, Suite 1001
Anchorage, AK 99503

Katie Smith Matison
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Alfred T. Clayton
Bliss Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Avenue
Anchorage, AK 99501

*/s/ Anne M. Williams*
Anne M. Williams

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Notice of Correction for Electronic Filing of Service
*Providence Washington v. Markel International, et al.*

Page 3
Case No. A05-162-CV (TMB)