Richard L. Waller, ASBA No. 7805025
BROWN, WALLER & GIBBS
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
Telephone:   (907) 276-2050
Facsimile:    (907) 276-2051
rlwaller@pobox.alaska.net

Attorneys for Providence Washington Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, ) and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY,  )<br>  )<br>Defendants.  )<br>_____) | Case No. A05-162-CV (TMB) |

**PLAINTIFF'S NOTICE ON SERVICE OF KEITH E. BROWN**

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Please take notice that Keith E. Brown no longer authorizes the Clerk of the Court to serve notice of filings in the above-captioned matter on him and the correct name and email address for electronic filing of service in the above- captioned case is:

>Richard L. Waller
>BROWN, WALLER & GIBBS
>821 N Street, Suite 202
>Anchorage, AK 99501-3285
>rlwaller@pobox.alaska.net

Dated this 23rd day of May, 2006.

>BROWN, WALLER & GIBBS
>Attorneys for Plaintiff
>
>By: /s/ Richard L. Waller
>Richard L. Waller
>Alaska Bar No.7805025
>821 N Street, Suite 202
>Anchorage, Alaska 99501-3285
>Telephone:  (907) 276-2050
>Facsimile:  (907) 276-2051
>rlwaller@pobox.alaska.net
>ASBA No.7805025

I HEREBY CERTIFY that on this 24th day of May, 2006, a true and accurate copy of the foregoing was mailed to the following:

Andrew Moses
Gordon & Polscer, LLC
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Notice of Service on Keith E. Brown
*Providence Washington v. Markel International, et al.*

Page 2
Case No. A05-162-CV (TMB)

Andrea Girolamo-Welp
Lane Powell LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski Seedorf
3900 C Street, Suite 1001
Anchorage, AK 99503

Katie Smith Matison
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Alfred T. Clayton
Bliss Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Avenue
Anchorage, AK 99501

*Anne M. Williams* (signature)
Anne M. Williams

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Notice of Service on Keith E. Brown
*Providence Washington v. Markel International, et al.*

Page 3
Case No. A05-162-CV (TMB)