Richard L. Waller, ASBA No. 7805025
BROWN, WALLER & GIBBS
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
Telephone:   (907) 276-2050
Facsimile:   (907) 276-2051
rlwaller@pobox.alaska.net

Attorneys for Providence Washington Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY, | ) ) ) | Case No. A05-162-CV (TMB) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## ERRATA TO CERTIFICATION OF SERVICE

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Errata to Certification of Service                                          Page 1
*Providence Washington v. Markel International, et al.*      Case No. A05-162-CV (TMB)

The service for JOINT STATUS REPORT in the above-captioned case was made on May 23, 2006, not May 22, 2006, as was noted in the service portion of the original document.

Dated this 23rd day of May, 2006.

BROWN, WALLER & GIBBS

Attorneys for Plaintiff

By: _Richard L. Waller_

Richard L. Waller
Alaska Bar No.7805025
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
Telephone:    (907) 276-2050
Facsimile:    (907) 276-2051
rlwaller@pobox.alaska.net
ASBA No.7805025

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Errata to Certification of Service
*Providence Washington v. Markel International, et al.*

Page 2
Case No. A05-162-CV (TMB)

I HEREBY CERTIFY that on this 23rd
day of May, 2006, a true and accurate copy
of the foregoing was mailed to the following:

Andrew Moses
Gordon & Polscer, LLC
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225

Andrea Girolamo-Welp
Lane Powell LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski Seedorf
3900 C Street, Suite 1001
Anchorage, AK 99503

Katie Smith Matison
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Alfred T. Clayton
Bliss Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Avenue
Anchorage, AK 99501

Mark Thorsrud
Thorsrud Cane & Paulich
1300 Puget Sound Plaza
1325 Fouth Avenue
Seattle, WA 98101-2509

_____
Jessica E. Keil

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Errata to Certification of Service
*Providence Washington v. Markel International, et al.*

Page 3
Case No. A05-162-CV (TMB)