## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  PROVIDENCE WASHINGTON INS. CO  </u>   v.   <u> MARKEL INT'L LTD *ET AL*  </u>

HONORABLE TIMOTHY M. BURGESS

DATE: May 25, 2006                                                       CASE NO. <u> 3:05-cv-00162-TMB </u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**

### ORDER FOR JOINT STATUS REPORT RE: MEDIATION

The Joint Status report filed by the parties at docket 64 indicates that a mediation has been scheduled to take place June 19, 2006.  Mediation may resolve or narrow the dispute between the parties or otherwise render further proceedings in this case unnecessary in whole or in part.

IT IS HEREBY ORDERED THAT the following pending motions are DENIED, without prejudice to renewal if necessary:

Plaintiff's Motion to Dismiss at docket 39;

Denali Fuel Co.'s Motion for Joinder at docket 43; and

Markel Int'l's Request for Leave to Amend Counterclaim at docket 49.

IT IS FURTHER ORDERED THAT on or before **June 30, 2006**, counsel for the parties are directed to file a Joint Status Report including a brief summary of further proceedings before this court, if any, that the parties believe are necessary.

[Order re Mediation Report.wpd]{Rev. 07/04}