Richard L. Waller, ASBA No. 7805025
BROWN, WALLER & GIBBS
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
Telephone:   (907) 276-2050
Facsimile:    (907) 276-2051
rlwaller@pobox.alaska.net

Attorneys for Providence Washington Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,<br><br>        Plaintiff,<br>vs.<br><br>MARKEL INTERNATIONAL LIMITED, et al.<br><br>        Defendants. | Case No. A05-162-CV (TMB) |

**JOINT STATUS REPORT**

Comes now Plaintiff Providence Washington Insurance Company by and through its attorneys of record Brown, Waller & Gibbs, and pursuant to this court's order of May 25th, 2006, the parties through counsel have conferred and submit the following Joint Status Report:

Mediation was conducted on June 19, 2006 at Judicial Dispute Resolution in Seattle, Washington. While some progress was made towards settlement, the mediation was unsuccessful. Mediation is tentatively scheduled to resume on September 12, 2006 in Seattle, Washington before Commissioner Joanne Tompkins. To accommodate the mediation and minimize litigation costs, the parties request that all pretrial deadlines again be extended an additional ninety (90) days. The court

previously approved a stipulation and entered an order on May 3, 2006 extending pretrial deadlines ninety (90) days. Combined, all pretrial deadlines contained in the Court's Scheduling and Planning Order of October 20, 2005 would be extended 180 days.

Dated in Anchorage Alaska this 30th day of June, 2006.

BROWN, WALLER & GIBBS
Attorneys for Plaintiff

By:_____
Richard L. Waller
Alaska Bar No.7805025

I HEREBY CERTIFY that on this ____
day of June, 2006, a true and accurate copy
of the foregoing was mailed to the following:

Tom Gordon
Gordon & Polscer, LLC
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225

Andrea Girolamo-Welp
Lane Powell LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski Seedorf
3900 C Street, Suite 1001
Anchorage, AK 99503

Katie Smith Matison
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Alfred T. Clayton
Bliss Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Avenue, Ste. 400
Anchorage, AK 99501

Mark Thorsrud
Thorsrud Cane & Paulich
1300 Puget Sound Plaza
1325 Fourth Avenue
Seattle, Washington 98101-2509


_____
Jean Grantier