Richard L. Waller, ASBA No. 7805025
BROWN, WALLER & GIBBS
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
Telephone:  (907) 276-2050
Facsimile:   (907) 276-2051
rlwaller@pobox.alaska.net

Attorneys for Providence Washington Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>vs.<br><br>MARKEL INTERNATIONAL LIMITED, et al.<br><br>   Defendants. | Case No. A05-162-CV (TMB) |

## NOTICE OF COMPLIANCE

Comes now Plaintiff Providence Washington Insurance Company by and through its attorneys of record, Brown, Waller & Gibbs, and notifies the court of its compliance with Docket Annotation ERROR re [68] Status Report.

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Notice of Compliance                  Page 1
*Providence Washington v. Markel International, et al.*    Case No. A05-162-CV (TMB)

Dated in Anchorage, Alaska this 5th day of July, 2006.

BROWN, WALLER & GIBBS
Attorneys for Plaintiff

By: _____
Richard L. Waller
Alaska Bar No.7805025

I HEREBY CERTIFY that on this 5th day of July, 2006, a true and accurate copy of the foregoing was mailed to the following:

Tom Gordon
Gordon & Polscher, LLC
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225

Andrea Girolamo-Welp
Lane Powell LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski Seedorf
3900 C Street, Suite 1001
Anchorage, AK 99503

Katie Smith Matison
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Alfred T. Clayton
Bliss Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Avenue
Anchorage, AK 99501

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Notice of Compliance
*Providence Washington v. Markel International, et al.*

Page 2
Case No. A05-162-CV (TMB)

Mark Thorsrud
Thorsrud Cane & Paulich
1300 Puget Sound Plaza
1325 Fourth Avenue
Seattle, WA 98101-2509

_/s/ Meghan Moroney_
Meghan Moroney

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Notice of Compliance
*Providence Washington v. Markel International, et al.*

Page 3
Case No. A05-162-CV (TMB)

previously approved a stipulation and entered an order on May 3, 2006 extending pretrial deadlines ninety (90) days. Combined, all pretrial deadlines contained in the Court's Scheduling and Planning Order of October 20, 2005 would be extended 180 days.

Dated in Anchorage Alaska this 30th day of June, 2006.

BROWN, WALLER & GIBBS
Attorneys for Plaintiff

By: /s/ Richard L. Waller
Richard L. Waller
Alaska Bar No.7805025

I HEREBY CERTIFY that on this 30th day of June, 2006, a true and accurate copy of the foregoing was mailed to the following:

Tom Gordon
Gordon & Polscer, LLC
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225

Andrea Girolamo-Welp
Lane Powell LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski Seedorf
3900 C Street, Suite 1001
Anchorage, AK 99503

Katie Smith Matison
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Alfred T. Clayton
Bliss Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(   ) '6-2050

Joint Status Report                                                                 Page 2
*Providence Washington v. Markel International, et al.*          Case No. A05-162-CV (TMB)
-2-

Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Avenue, Ste. 400
Anchorage, AK 99501

Mark Thorsrud
Thorsrud Cane & Paulich
1300 Puget Sound Plaza
1325 Fourth Avenue
Seattle, Washington 98101-2509

*Jean Grantier*

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285

Joint Status Report
*Providence Washington v. Markel International, et al.*
-3-
Page 3
Case No. A05-162-CV (TMB)