IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  vs.<br><br>MARKEL INTERNATIONAL LIMITED, et al.,<br><br>        Defendants. | Case No. 3:05-cv-162   TMB<br><br>O R D E R |

On December 6, 2005, Denali Fuel Company, Inc., ("Denali Fuel"), moved to intervene in this matter. Docket 41. On May 2, 2006, Denali Fuel filed a stipulation requesting that the court stay consideration of its motion pending mediation, which was scheduled for June 19, 2006. Docket 54. Denali Fuel noted that if the mediation was successful, its motion would be moot. Id. Accordingly, this Court stayed consideration of the Motion to Intervene. Docket 56.

On June 30, 2006, the parties filed a Joint Status Report indicating that "[w]hile some progress was made towards settlement, the mediation was unsuccessful." Docket 68. Mediation was tentatively scheduled to resume on September 12, 2006. Id. "To accommodate the mediation and minimize litigation costs, the parties request that all pretrial deadlines again be extended an additional ninety (90) days. The court previously approved a stipulation and entered an order on May 3, 2006 extending pretrial deadlines ninety (90) days. Combined, all pretrial deadlines contained in the Court's Scheduling and Planning Order of October 20, 2005 would be extended 180 days." Id.

In light of the foregoing, it is hereby ordered as follows:

1) The pretrial deadlines shall be extended an additional 90 days.

2) The Motion to Intervene at Docket 41 is denied without prejudice.

3) The parties are directed to file a joint status report on or before September 19, 2006.

Dated at Anchorage, Alaska, this 9th day of August, 2006.

/s/ Timothy Burgess

Timothy M. Burgess
United States District Judge