IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | |
| MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | Case No. A05-162-CV (TMB) |

## JOINT STATUS REPORT

COMES NOW Providence Washington Insurance Company by and through its attorneys of record BROWN WALLER & GIBBS and pursuant to this court's order of August 9, 2006, the parties through counsel have conferred and submit the following joint status report.

Prior to the date that mediation was scheduled to resume, September 12, 2006, the parties reached settlement. A stipulation for dismissal with prejudice will be filed in due course once the necessary paperwork has been completed.

DATED this 25th day of September, 2006.

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Joint Status Report
*Providence Washington v. Markel International, et al.*

Page 1 of 3
Case No. 3AN-05-162- CI

BROWN, WALLER & GIBBS
Attorneys for Plaintiff

By: _____
Richard L. Waller
Alaska Bar No. No.7805025

CERTIFICATE OF SERVICE
I hereby certify that on this 25th day of September, 2006 a true and accurate copy of the foregoing was mailed to the following:

Tom Gordon & Andrew Moses
GORDON & POLSCER, LLC
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225

Andrea Girolamo-Welp
LANE POWELL LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648

Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER GORSKI SEEDORF
3900 C Street, Suite 1001
Anchorage, AK 99503

Katie Smith Matison
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Alfred T. Clayton
BLISS WILKENS & CLAYTON
500 L Street, Suite 200
Anchorage, AK 99501

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Joint Status Report
*Providence Washington v. Markel International, et al.*

Page 2 of 3
Case No. 3AN-05-162- CI

Clay A. Young
DELANEY & WILES, INC.
1007 W. 3rd Avenue
Suite 400
Anchorage, AK 99501

Mark Thorsrud
THORSRUD CANE & PAULICH
1300 Puget Sound Plaza
1325 Fourth Avenue
Seattle, WA 98101

*/s/ Meghan Moroney*
Meghan Moroney

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Joint Status Report
*Providence Washington v. Markel International, et al.*

Page 3 of 3
Case No. 3AN-05-162- CI