IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. A05-162-CV (TMB)

## NOTICE OF COMPLIANCE

COMES NOW Providence Washington Insurance Company by and through its attorneys of record BROWN WALLER & GIBBS and notifies the court of its compliance with Docket Annotation ERROR re [72] Status Report.

DATED this 26th day of September, 2006.

> BROWN, WALLER & GIBBS
> Attorneys for Plaintiff
>
> By: _/s/ Richard L. Waller_
> Richard L. Waller
> 821 N. Street, Suite 202
> Anchorage, Alaska 99501
> Tel: (907) 276-2050

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Notice of Compliance
*Providence Washington v. Markel International, et al.*

Page 1 of 2
Case No. 3AN-05-162- CI

Fax: (907) 276-2051
E-mail: rlwaller@pobox.alaska.net
Alaska Bar No. No.7805025

CERTIFICATE OF SERVICE
I hereby certify that on this 26th day of September, 2006 a true and accurate copy of the foregoing was mailed to the following:

Tom Gordon & Andrew Moses
GORDON & POLSCER, LLC
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225

Andrea Girolamo-Welp
LANE POWELL LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648

Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER GORSKI SEEDORF
3900 C Street, Suite 1001
Anchorage, AK 99503

Katie Smith Matison
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Alfred T. Clayton
BLISS WILKENS & CLAYTON
500 L Street, Suite 200
Anchorage, AK 99501

Clay A. Young
DELANEY & WILES, INC.
1007 W. 3rd Avenue
Suite 400
Anchorage, AK 99501

Mark Thorsrud
THORSRUD CANE & PAULICH
1300 Puget Sound Plaza
1325 Fourth Avenue
Seattle, WA 98101

Meghan Moroney

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Notice of Compliance
*Providence Washington v. Markel International, et al.*

Page 2 of 2
Case No. 3AN-05-162- CI