BROWN, WALLER & GIBBS
Attorneys for Plaintiff

By: _____
Richard L. Waller
821 N. Street, Suite 202
Anchorage, Alaska 99501
Tel: (907) 276-2050
Fax: (907) 276-2051
E-mail: rlwaller@pobox.alaska.net
Alaska Bar No. No.7805025

CERTIFICATE OF SERVICE
I hereby certify that on this 26th
day of September, 2006 a true and accurate copy
of the foregoing was mailed to the following:

Tom Gordon & Andrew Moses
GORDON & POLSCER, LLC
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225

Andrea Girolamo-Welp
LANE POWELL LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648

Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER GORSKI SEEDORF
3900 C Street, Suite 1001
Anchorage, AK 99503

Katie Smith Matison
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Alfred T. Clayton
BLISS WILKENS & CLAYTON

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Joint Status Report                                                      Page 2 of 3
*Providence Washington v. Markel International, et al.*        Case No. 3AN-05-162- CI

500 L Street, Suite 200
Anchorage, AK 99501

Clay A. Young
DELANEY & WILES, INC.
1007 W. 3rd Avenue
Suite 400
Anchorage, AK 99501

Mark Thorsrud
THORSRUD CANE & PAULICH
1300 Puget Sound Plaza
1325 Fourth Avenue
Seattle, WA  98101

_Meghan Moroney_
Meghan Moroney

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Joint Status Report                                                              Page 3 of 3
_Providence Washington v. Markel International, et al._          Case No. 3AN-05-162- CI