IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. A05-162-CV (TMB) |

## STATUS REPORT

In accordance with the court's Minute Order From Chambers dated September 26, 2006 settlement has been reached. A Settlement Agreement and Release of Claims is currently circulating for signature from all parties as is a Stipulation for Dismissal With Prejudice. As soon as all signatures are obtained, the Stipulation for Dismissal With Prejudice will be filed with the court.

DATED this 26th day of October, 2006.

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Status Report
*Providence Washington v. Markel International, et al.*

Page 1 of 3
Case No. 3AN-05-162- CI

BROWN, WALLER & GIBBS
Attorneys for Plaintiff

By:   s/Richard L. Waller
821 N. Street, Suite 202
Anchorage, Alaska 99501
Tel: (907) 276-2050
Fax: (907) 276-2051
E-mail: rlwaller@pobox.alaska.net
Alaska Bar No. No.7805025

CERTIFICATE OF SERVICE
I hereby certify that on this 26th
day of October, 2006 a true and accurate copy
of the foregoing was served electronically to the following:

Tom Gordon & Andrew Moses
GORDON & POLSCER, LLC
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225

Andrea Girolamo-Welp
LANE POWELL LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648

Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER GORSKI SEEDORF
3900 C Street, Suite 1001
Anchorage, AK 99503

Katie Smith Matison
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Alfred T. Clayton
BLISS WILKENS & CLAYTON
500 L Street, Suite 200
Anchorage, AK 99501

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Status Report
*Providence Washington v. Markel International, et al.*

Clay A. Young
DELANEY & WILES, INC.
1007 W. 3rd Avenue
Suite 400
Anchorage, AK 99501

Mark Thorsrud
THORSRUD CANE & PAULICH
1300 Puget Sound Plaza
1325 Fourth Avenue
Seattle, WA 98101

*/s/ Meghan Moroney*
Meghan Moroney

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Status Report
*Providence Washington v. Markel International, et al.*

Page 3 of 3
Case No. 3AN-05-162- CI