IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROVIDENCE WASHINGTON INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| MARKEL INTERNATIONAL LIMITED, ROYAL INDEMNITY COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY, INDUSTRIAL INDEMNITY COMPANY and ALL WEST INSURANCE COMPANY, and their authorized adjuster UNITED STATES FIRE INSURANCE COMPANY, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) Case No. A05-162-CV (TMB)<br>) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties to the above captioned litigation by and through their respective counsel of record and pursuant to FRCP 41(a)(1) stipulate and agree that all claims raised in the above captioned matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees. Each party further acknowledge that this stipulation for dismissal shall have no prospective effect or application on any future claim/s/ arising or accruing between the parties.

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

BROWN WALLER & GIBBS
Attorneys for Plaintiff

Dated: 10/27/06      By: /s/ Richard Waller
                         Richard Waller
                         Alaska Bar No. 7805025

LANE POWELL, LLC
Attorneys for Defendant Markel
International Limited

Dated: 10/26/06      By: /s/
                     for  Andrea Girolamo-Welp
                          Alaska Bar No. 0211044

HUGHES BAUMAN PFIFFNER GORSKI SEEDORF
Attorneys for Defendant Royal

Dated: 10-25-6      By: /s/ Frank A. Pfiffner
                        Frank A. Pfiffner
                        Alaska Bar No. 7605032

BLISS WILKENS & CLAYTON
Attorneys for Defendant USF&G

Dated: 10/19/2006    By: /s/ Alfred Clayton
                         Alfred Clayton
                         Alaska Bar No. 9111079

Law Offices
BROWN, WALLER & GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 276-2050

Stipulation for Dismissal With Prejudice
*Providence Washington v. Markel International, et al.*

Page 2 of 3
Case No. 3AN-05-162-CI

DELANEY WILES, INC.
Attorneys for Defendant Industrial
Indemnity All West

Dated: 10/20/06              By: _____
                             Clay A. Young
                             Alaska Bar No. 7410117

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2006.

_____
Timothy M. Burgess
District Court Judge

Law Offices
BROWN, WALLER &
GIBBS
A Professional Corporation
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
(907) 278-2050

Stipulation for Dismissal With Prejudice
*Providence Washington v. Markel International, et al.*

Page 3 of 3
Case No. 3AN-05-162- CI